# United States Court of Appeals for the Fifth Circuit

---

No. 25-60367
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

June 12, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LONNIE EVERILL,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:24-CR-33-1

---

Before ELROD, *Chief Judge*, and SMITH and STEWART, *Circuit Judges*.

PER CURIAM:[*]

Lonnie Everill appeals the 120-month sentence imposed following his guilty-plea conviction for receipt of child sexual-abuse material in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). He argues that the district court erred in applying a two-level enhancement under U.S. Sentencing Guidelines § 2G2.2(b)(3)(F) for the knowing distribution of child pornography.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60367

Even if we assume without deciding that the district court clearly erred in applying the § 2G2.2(b)(3)(F) enhancement, we are satisfied that, given the record, the government has carried its burden of demonstrating that any error was harmless. *See United States v. Ibarra-Luna*, 628 F.3d 712, 714, 717–19 (5th Cir. 2010).

AFFIRMED.